| | |
|---|---|
| 1 | JAMES BUSTAMANTE |
| | Attorney at Law |
| 2 | California State Bar No. 133675 |
| | 809 Montgomery Street, 2nd Floor |
| 3 | San Francisco, California 94133 |
| | Telephone: (415) 394-3800 |
| 4 | Facsimile: (415) 394-3806 |
| 5 | Attorney for Defendant |
| | NANCY DELSARTO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number: 3:11-cr-00387 MEJ |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE NOVEMBER 17, 2011 STATUS CONFERENCE** |
| v. | |
| NANCY DELSARTO, | |
| Defendant. | |
| _____/ | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Acadia Leigh Senese, counsel for the plaintiff, and James Bustamante, counsel for defendant, in the above captioned case, that the status conference now scheduled for November 17, 2011, at 10:00 a.m., be taken off calendar and reset to December 1, 2011, at 10:00 a.m., or as soon thereafter as is convenient for the Court.

IT IS SO STIPULATED.


Dated: 11/16/11                               /s/ with consent
                                              ACADIA LEIGH SENESE
                                              Counsel for Plaintiff


Dated: 11/16/11                                      /s/
                                              JAMES BUSTAMANTE
                                              Counsel for Defendant
                                              NANCY DELSARTO

[PROPOSED] ORDER

**IT IS SO ORDERED**

Dated: November __16__ , 2011

_____
**HON. MARIA ELENA JAMES**
United States District Court Magistrate Judge