JAMES BUSTAMANTE
Attorney at Law
California State Bar No. 133675
809 Montgomery Street, 2nd Floor
San Francisco, California 94133
Telephone: (415) 394-3800
Facsimile: (415) 394-3806

Attorney for Defendant
NANCY DELSARTO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case Number: 3:11-cr-00387 MEJ |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| v. | **ORDER TO CONTINUE DECEMBER 8, 2011 STATUS CONFERENCE** |
| NANCY DELSARTO, | |
| Defendant. / | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Acadia Leigh Senese, counsel for the plaintiff, and James Bustamante, counsel for defendant, in the above captioned case, that the status conference now scheduled for December 8, 2011, at 10:00 a.m., be taken off calendar and reset to January 12, 2012, at 10:00 a.m., or as soon thereafter as is convenient for the Court.

IT IS SO STIPULATED.


Dated: December 7, 2011           /s/ with consent
                                  ACADIA LEIGH SENESE
                                  Counsel for Plaintiff


Dated:  December 7, 2011              /s/
                                  JAMES BUSTAMANTE
                                  Counsel for Defendant
                                  NANCY DELSARTO

[~~PROPOSED~~] ORDER

**IT IS SO ORDERED**

Dated: December _7_ , 2011

_____
**HON. MARIA ELENA JAMES**
United States District Court Magistrate Judge