1  JAMES BUSTAMANTE
   Attorney at Law
2  California State Bar No. 133675
   809 Montgomery Street, 2nd Floor
3  San Francisco, California 94133
   Telephone: (415) 394-3800
4  Facsimile: (415) 394-3806

5  Attorney for Defendant
   NANCY DELSARTO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            Case Number: 3:11-cr-00387 MEJ

         Plaintiff,                  **STIPULATION AND [PROPOSED]**
                                     **ORDER TO CONTINUE**
    v.                               **JANUARY 12, 2012**
                                     **STATUS CONFERENCE**
NANCY DELSARTO,

         Defendant.
_____/

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney Acadia Leigh Senese, counsel for the plaintiff, and James Bustamante, counsel for defendant, in the above captioned case, that the status conference now scheduled for January 12, 2012, at 10:00 a.m., be taken off calendar and reset to February 16, 2012, at ~~10:00~~ 9:30 a.m., or as soon thereafter as is convenient for the Court.

   IT IS SO STIPULATED.


Dated: January 11, 2012                   /s/ with consent
                                          ACADIA LEIGH SENESE
                                          Counsel for Plaintiff


Dated: January 11, 2012                        /s/
                                          JAMES BUSTAMANTE
                                          Counsel for Defendant
                                          NANCY DELSARTO

[~~PROPOSED~~] ORDER

**IT IS SO ORDERED**

Dated: January  12 , 2012

_____
**HON. MARIA ELENA JAMES**
United States District Court Magistrate Judge