| | |
|---|---|
| 1 | JAMES BUSTAMANTE |
| | Attorney at Law |
| 2 | California State Bar No. 133675 |
| | 809 Montgomery Street, 2nd Floor |
| 3 | San Francisco, California 94133 |
| | Telephone: (415) 394-3800 |
| 4 | Facsimile: (415) 394-3806 |
| 5 | Attorney for Defendant |
| | NANCY DELSARTO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number: 3:11-cr-00387 MEJ |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| | **ORDER TO CONTINUE** |
| v. | **MARCH 15, 2012** |
| | **CHANGE OF PLEA** |
| NANCY DELSARTO, | |
| Defendant. | |
| _____/ | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Acadia Leigh Senese, counsel for plaintiff, and James Bustamante, counsel for defendant, in the above captioned case, that the change of plea now scheduled for March 15, 2012, at 10:00 a.m., be taken off calendar and reset to March ~~22~~ 29, 2012, at 10:00 a.m., or as soon thereafter as is convenient for the Court.

IT IS SO STIPULATED.

Dated: March 15, 2012  /s/ with consent
ACADIA LEIGH SENESE
Counsel for Plaintiff

Dated: March 15, 2012  /s/
JAMES BUSTAMANTE
Counsel for Defendant
NANCY DELSARTO

**[~~PROPOSED~~] ORDER**

**IT IS SO ORDERED.**

Dated: March  15 , 2012

_____
**HON. MARIA ELENA JAMES**
United States District Court Magistrate Judge